PROB 12C
(6/16)

Report Date: May 7, 2025

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 07, 2025

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mark William Bush                Case Number: 0980 2:13CR00069-RLP-1

Address of Offender: ███████████████, Spokane Valley, Washington 99216

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: September 20, 2013

| | | | |
|---|---|---|---|
| Original Offense: | Distribution of Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(C); Possession with Intent to Distribute 50 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii); | | |
| Original Sentence: | Prison - 168 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Amended Sentence:<br>(February 17, 2015) | Prison - 151 months<br>TSR - 60 months | | |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: | September 18, 2024 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: | September 17, 2029 |

### PETITIONING THE COURT

To issue a summons

On September 18, 2024, an officer with the U.S. Probation Office reviewed a copy of the conditions of supervision with Mr. Bush as outlined in the judgment and sentence. Mr. Bush acknowledged an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #9**: The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any persons convicted of a felony, unless granted permission to do so by the probation officer.<br><br>**Supporting Evidence**: According to Spokane County Sheriff Office dispatch events 2025-10039381, on March 25, 2025, Mr. Bush was associating with another person convicted of a felony without having permission to do so by the probation officer. |
| 2 | **Standard Condition #11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. |

Prob12C
**Re: Bush, Mark William**
**May 7, 2025**
**Page 2**

|   |   |
|---|---|
| | **Supporting Evidence**: According to Spokane County Sheriff Office dispatch events 2025-10039381, on March 25, 2025, Mr. Bush was questioned by local law enforcement. Mr. Bush failed to notify his probation officer within seventy-two hours of having law enforcement contact. |
| 3 | **Special Condition #16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Bush allegedly violated the terms of his supervised release by using methamphetamine on or about April 3, 2025. |
| | On April 4, 2025, Mr. Bush provided a urine sample that tested presumptive positive for methamphetamine and cocaine. Thereafter, Mr. Bush admitted, via a written statement, that he had last used methamphetamine on April 3, 2025, although he denied any knowledge of cocaine use. |
| | On April 10, 2025, Alere Laboratory confirmed Mr. Bush's urine sample tested positive for cocaine. |
| | On April 11, 2025, Alere Laboratory confirmed Mr. Bush's urine sample tested positive for methamphetamine. |
| 4 | **Special Condition #17**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: On April 4, 2025, Mr. Bush provided a urine sample that tested presumptive positive for ethanol. Thereafter, Mr. Bush admitted, via a written statement, that he had last used alcohol on April 3, 2025. He further stated to the undersigned officer he had consumed alcohol over the past month. |
| | On April 8, 2025, Alere Laboratory reported Mr. Bush's urine sample tested negative for ethanol. |
| 5 | **Special Condition #17**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: On April 17, 2025, Mr. Bush provided a breath sample of .108 at Spokane Treatment Recovery Services. The undersigned officer was advised by staff that Mr. Bush had consumed alcohol on or about April 17, 2025. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

Prob12C
Re: Bush, Mark William
May 7, 2025
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/07/2025

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[x] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[x] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

May 7, 2025

Date