PROB 12C
(6/16)

Report Date:  May 7, 2026

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 07, 2026

SEAN F. McAVOY, CLERK

ECF No 152

Name of Offender: Mark William Bush                 Case Number: 0980 2:13CR00069-RLP-1

Address of Offender: ███████████  Spokane Valley, Washington 99216

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of the Supervising Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: September 20, 2013

| | | |
|---|---|---|
| Original Offense: | Distribution of Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(C) Possession with Intent to Distribute 50 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii); | |
| Original Sentence: | Prison - 168 months TSR - 60 months | Type of Supervision: Supervised Release |
| Amended Sentence: (February 17, 2015) | Prison - 151 months TSR - 60 months | |
| Revocation Sentence: (August 26, 2025) | Prison - 23 days TSR - 55 months | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: August 27, 2025 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: March 26, 2030 |

### PETITIONING THE COURT

To issue a **warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 4/10/2026, 04/22/2026 and 05/04/2026.

On August 28, 2025, an officer with the U.S. Probation Office reviewed a copy of the conditions of supervision with Mr. Bush as outlined in the judgment and sentence. Mr. Bush acknowledged an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 15 | **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: Mr. Bush allegedly violated the terms of his supervised release by using alcohol on or about May 6, 2026. |

**Prob12C**
**Re: Bush, Mark William**
**May 7, 2026**
**Page 2**

On May 6, 2026, staff members with Spokane Treatment and Recovery Services (STARS) collected a breath sample of .04 from Mr. Bush. This sample was an increase from previously collected samples, indicating new consumption of alcohol. When questioned about his sobriety, Mr. Bush denied any new alcohol consumption.

**Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Bush allegedly violated the terms of his supervised release by being charged with unlawful imprisonment and 4th degree assault on May 6, 2026.

According to Spokane County Sheriff Office report 2026-10061148, on May 6, 2026, officers responded to a domestic violence call to Mr. Bush's address. When they arrived, Mr. Bush had already left the scene. Officers learned Mr. Bush had been acting erratic and was in a physical altercation with his girlfriend where Mr. Bush attempted to forcibly remove her by physically carrying or dragging her toward his vehicle against her wishes. Through their investigation and witnesses' statements, it was determined probable cause exists for a felony warrant request to arrest Mr. Bush for the aforementioned crimes.

**Standard Condition #2**: After initially reporting to the office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Bush allegedly violated the terms of his supervised release by failing to report to the probation office on May 7, 2026.

On May 6, 2026, Mr. Bush was instructed to report to the U.S. Probation Office on May 7, 2026 at 9 a.m. Mr. Bush confirmed his understanding; however, Mr. Bush failed to report as instructed. Attempts to contact him were unsuccessful.

The U.S. Probation Office respectfully recommends the Court to issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    05/07/2026

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

Prob12C
**Re: Bush, Mark William**
**May 7, 2026**
**Page 3**

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violations contained in this petition
with        the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

5/7/2026
_____
Date