PROB 12C
(6/16)

Report Date: May 4, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 04, 2026

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mark William Bush    Case Number: 0980 2:13CR00069-RLP-1

Address of Offender: ███████████    Spokane Valley, Washington 99216

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of the Supervising Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: September 20, 2013

| | |
|---|---|
| Original Offense: | Distribution of Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(C); Possession with Intent to Distribute 50 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) |

Original Sentence:      Prison - 168 months      Type of Supervision: Supervised Release
                        TSR - 60 months

Amended Sentence:       Prison - 151 months
(February 17, 2015)     TSR - 60 months

Revocation Sentence:    Prison - 23 days
(August 26, 2025)       TSR - 55 months

Asst. U.S. Attorney:    Earl Allan Hicks      Date Supervision Commenced: August 27, 2025

Defense Attorney:       Federal Defenders Office      Date Supervision Expires: March 26, 2030

### PETITIONING THE COURT

To issue a **warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 4/10/2026 and 04/22/2026.

On August 28, 2025, an officer with the U.S. Probation Office reviewed a copy of the conditions of supervision with Mr. Bush as outlined in the judgment and sentence. Mr. Bush acknowledged an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Bush allegedly violated the terms of his supervised release by failing to submit to random urinalysis testing as directed on April 28, 2026. |

Prob12C
**Re: Bush, Mark William**
**May 4, 2026**
**Page 2**

On April 1, 2026, Mr. Bush was advised he would be placed on the phase urinalysis testing program at Pioneer Human Services (PHS). Mr. Bush was further advised he would be on the urinalysis testing color brown 1. He was directed to call the testing line daily, and was to report to PHS on the days brown 1 was called, in order to submit to urinalysis testing. Mr. Bush acknowledged an understanding of this process.

On April 28, 2026, brown 1 was called for testing and Mr. Bush failed to report for random urinalysis testing at PHS as directed, resulting in a "no show" test.

**Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Bush allegedly violated the terms of his supervised release by using methamphetamine, cocaine, THC, and fentanyl on or about April 28, 2026.

On April 29, 2026, Mr. Bush provided a urine sample that tested presumptive positive for methamphetamine, cocaine, THC, and fentanyl. Thereafter, he admitted, via a written statement, he had last used methamphetamine, cocaine, and THC on or about April 28, 2026.

**Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Bush allegedly violated the terms of his supervised release by using alcohol on or about April 28, 2026.

On April 29, 2026, Mr. Bush provided a urine sample that tested presumptive positive for alcohol. Thereafter, he admitted, via a written statement, he had last used alcohol on April 28, 2026.

**Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Bush allegedly violated the terms of his supervised release by using methamphetamine and THC on or about May 3, 2026.

On May 4, 2026, Mr. Bush admitted, via a written statement, he had last used methamphetamine and THC on or about May 3, 2026.

**Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Bush allegedly violated the terms of his supervised release by using alcohol on or about May 3, 2026.

Prob12C

**Re: Bush, Mark William**
**May 4, 2026**
**Page 3**

On May 4, 2026, Mr. Bush admitted, via a written statement, he had last used alcohol on May 3, 2026.

The U.S. Probation Office respectfully recommends the Court to issue a **warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    05/04/2026

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[x]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[x]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

May 4, 2026

Date