PROB 12C
(6/16)

Report Date:  April 22, 2026

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 23, 2026

SEAN F. McAVOY, CLERK

**for the**

**Eastern District of Washington**

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Mark William Bush                Case Number: 0980 2:13CR00069-RLP-1

Address of Offender: ▇▇▇▇▇▇▇▇ Spokane Valley, Washington  99216

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of the Supervising Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: September 20, 2013

| | |
|---|---|
| Original Offense: | Distribution of Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(C); Possession with Intent to Distribute 50 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) |

| | | |
|---|---|---|
| Original Sentence: | Prison - 168 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Amended Sentence:<br>(February 17, 2015) | Prison - 151 months<br>TSR - 60 months | |
| Revocation Sentence:<br>(August 26, 2025) | Prison - 23 days<br>TSR - 55 months | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: August 27, 2025 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: March 26, 2030 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 4/10/2026.

On August 28, 2025, an officer with the U.S. Probation Office reviewed a copy of the conditions of supervision with Mr. Bush as outlined in the judgment and sentence. Mr. Bush acknowledged an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Bush allegedly violated the terms of his supervised release by using methamphetamine, cocaine, and THC on or about April 11 through 13, 2026. |

**Prob12C**
**Re: Bush, Mark William**
**April 22, 2026**
**Page 2**

On April 14, 2026, Mr. Bush provided a urine sample that tested presumptive positive for methamphetamine, cocaine, and THC. Thereafter, he admitted, via a written statement, that he had last used methamphetamine, cocaine, and THC from April 11 through 13, 2026.

**Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Bush allegedly violated the terms of his supervised release by using alcohol on or about April 11 through 13, 2026.

On April 14, 2026, Mr. Bush provided a urine sample that tested presumptive positive for alcohol. Thereafter, he admitted, via a written statement, that he had last used alcohol on April 11 through 13, 2026.

**Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**:  Mr. Bush allegedly violated the terms of his supervised release by failing to submit to random urinalysis testing as directed on April 21, 2026.

On April 1, 2026, Mr. Bush was advised he would be placed on the phase urinalysis testing program at Pioneer Human Services (PHS).  Mr. Bush was further advised he would be on the urinalysis testing color brown 1. He was directed to call the testing line daily, and was to report to PHS on the days brown 1 was called, in order to submit to urinalysis testing. Mr. Bush acknowledged an understanding of this process.

On April 21, 2026, brown 1 was called for testing and Mr. Bush failed to report for random urinalysis testing at PHS as directed, resulting in a "no show" test.

**Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Bush allegedly violated the terms of his supervised release by using methamphetamine, cocaine, and THC on or about April 20, 2026.

On April 22, 2026, Mr. Bush provided a urine sample that tested presumptive positive for methamphetamine, cocaine, and THC. Thereafter, he admitted, via a written statement, that he had last used methamphetamine, cocaine, and THC on April 20, 2026.

**Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

Prob12C

**Re: Bush, Mark William**
**April 22, 2026**
**Page 3**

**Supporting Evidence**: Mr. Bush allegedly violated the terms of his supervised release by using alcohol on or about April 20, 2026.

On April 22, 2026, Mr. Bush provided a urine sample that tested presumptive positive for alcohol. Thereafter, he admitted, via a written statement, that he had last used alcohol on April 20, 2026.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/22/2026

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[x]    The incorporation of the violations contained in this petition
         with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[x]    Defendant to appear before the Magistrate Judge.
[  ]    Other

Signature of Judicial Officer

April 23, 2026

Date